1  H. Tim Hoffman (SBN 049141)
   Arthur W. Lazear (SBN 083603)
2  Chad A. Saunders (SBN 257810)
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  Tel:(510)763-5700
   Fax:(510)835-1311
5  Email: cas@hoffmanandlazear.com

6
   Attorneys for Plaintiff
7

8                    **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 | NANCY DARDARIAN, individually and        | Case No. 3:11-cv-00948-CRB
   | on behalf of all others similarly situated, |
12 |                                           | **JOINT STIPULATION AND [PROPOSED]**
   |                                           | **ORDER CONTINUING CASE**
13 |              Plaintiffs,                  | **MANAGEMENT CONFERENCE**
14 |              vs.                          | **DATE:**      June 17, 2011
   |                                           | **TIME:**      8:30 a.m.
15 | SUR LA TABLE, INC., a Washington          | **CRT RM.:**   8
   | corporation,                              |
16 |                                           |
17 |              Defendant.                   | Hon. Charles R. Breyer
18 |                                           |
   |                                           | Complaint filed:   March 1, 2011
19

Joint Stip. and [Proposed] Order to
Continue Case Management                    1            Case No. 3:11-cv-00948-CRB
Conference

1    WHEREAS, Plaintiff Nancy Dardarian ("Plaintiff") filed the Complaint in this action on
2 March 1, 2011;
3    WHEREAS, Defendant Sur La Table, Inc. ("Defendant") filed its Answer to the
4 Complaint on April 7, 2011;
5    WHEREAS, this action was related to the action entitled *Linda Petersen v. Sur La Table,*
6 *Inc.*, Case No. 11-cv-01254 CRB by order of the Court on April 22, 2011.
7    WHEREAS, the initial case management conference in this case and the related *Petersen*
8 action is currently set for June 17, 2011;
9    WHEREAS, on June 2, 2011, Plaintiff Amanda Georgino filed a petition with the Judicial
10 Panel on Multidistrict Litigation ("JPML") to have her case (*Georgino v. Sur La Table, Inc.*, Case
11 No. 2:11-cv-03522) transferred to the Northern District of California and coordinated with this
12 action and the *Petersen* action;
13    WHEREAS, the parties to this action believe that conducting an initial case management
14 conference while a Motion to Transfer a related case is pending would impose an undue burden
15 on the parties and the Court if the JPML ultimately grants Georgino's Motion to Transfer,
16 because any case management order issued at this stage would most likely need to be revised
17 following the transfer of the *Georgino* case to this Court;
18    WHEREAS, the parties to the *Petersen* action have stipulated and requested that the Court
19 continue the initial case management conference to August 12, 2011 or a date thereafter that is
20 convenient for the Court.
21    THEREFORE, the parties hereby stipulate and respectfully request that the Court continue
22 the Case Management Conference until August 12, 2011 or a date thereafter that is convenient for
23 the Court. The parties will file their joint case management statement at least 7 days before the
24 scheduled Case Management Conference.
25 ///
26 ///
27 ///
28

Joint Stip. and [Proposed] Order to Continue Case Management Conference    2    Case No. 3:11-cv-00948-CRB

| | |
|---|---|
| Dated: June 7, 2011 | H. TIM HOFFMAN<br>ARTHUR W. LAZEAR<br>CHAD A. SAUNDERS<br>HOFFMAN & LAZEAR |
| | By:   /s/ Chad A. Saunders<br>          CHAD A. SAUNDERS |
| | Attorneys for Plaintiff<br>NANCY DARDARIAN |
| Dated: June 7, 2011 | SCOTT JACOBS<br>BRANDON CORBRIDGE<br>REED SMITH LLP |
| | By:   /s/ Brandon Corbridge<br>          Brandon Corbridge |
| | Attorneys for Defendant<br>SUR LA TABLE, INC. |

### ECF ATTESTATION

I, Chad A. Saunders, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Brandon Corbridge concurred in this filing.

| | |
|---|---|
| Dated: June 7, 2011 | HOFFMAN & LAZEAR |
| | By:   /s/ Chad A. Saunders<br>          Chad A. Saunders |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 10, 2011          By: _____
                                    Judge Charles R. Breyer

