H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:(510)763-5700
Fax:(510)835-1311
Email: cas@hoffmanandlazear.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-00948-CRB |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | **DATE:** August 12, 2011<br>**TIME:** 8:30 a.m.<br>**CRT RM.:** 8 |
| SUR LA TABLE, INC., a Washington corporation, | |
| Defendant. | Hon. Charles R. Breyer |
| | Complaint filed: March 1, 2011 |

Joint Stip. and [Proposed] Order to Continue Case Management Conference     1     Case No. 3:11-cv-00948-CRB

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Nancy Dardarian ("Plaintiff") filed the Complaint in this action on |
| 2 | March 1, 2011; |
| 3 | WHEREAS, Defendant Sur La Table, Inc. ("Defendant") filed its Answer to the |
| 4 | Complaint on April 7, 2011; |
| 5 | WHEREAS, this action was related to the action entitled *Linda Petersen v. Sur La Table,* |
| 6 | *Inc.*, Case No. 11-cv-01254 CRB ("*Petersen* action") by order of the Court on April 22, 2011; |
| 7 | WHEREAS, the initial case management conference in this case and the related *Petersen* |
| 8 | action was set for June 17, 2011; |
| 9 | WHEREAS, the Court granted the parties' request to continue the initial case management |
| 10 | conference until August 12, 2011; |
| 11 | WHEREAS, on June 2, 2011, Plaintiff Amanda Georgino filed a petition with the Judicial |
| 12 | Panel on Multidistrict Litigation ("JPML") to have her case (*Georgino v. Sur La Table, Inc.*, Case |
| 13 | No. 2:11-cv-03522) transferred to the Northern District of California and coordinated with this |
| 14 | action and the *Petersen* action; |
| 15 | WHEREAS, on July 28, 2011, the JPML held oral arguments on the petition, and took the |
| 16 | matter under submission; |
| 17 | WHEREAS, the parties to this action believe that conducting an initial case management |
| 18 | conference while a Motion to Transfer a related case is pending would impose an undue burden |
| 19 | on the parties and the Court if the JPML ultimately grants Georgino's Motion to Transfer, |
| 20 | because any case management order issued at this stage would most likely need to be revised |
| 21 | following the transfer of the *Georgino* case to this Court; and |
| 22 | WHEREAS, the parties to the *Petersen* action have stipulated and requested that the Court |
| 23 | continue the initial case management conference to September 2, 2011 or a date thereafter that is |
| 24 | convenient for the Court. |
| 25 | THEREFORE, the parties hereby stipulate and respectfully request that the Court continue |
| 26 | the Case Management Conference until September 2, 2011 or a date thereafter that is convenient |
| 27 | for the Court. The parties will file their joint case management statement at least 7 days before |
| 28 | |

Joint Stip. and [Proposed] Order to Continue Case Management Conference     2     Case No. 3:11-cv-00948-CRB

the scheduled Case Management Conference.

Dated: August 5, 2011                    H. TIM HOFFMAN
                                         ARTHUR W. LAZEAR
                                         CHAD A. SAUNDERS
                                         HOFFMAN & LAZEAR


                                         By:   /s/ Chad A. Saunders
                                                CHAD A. SAUNDERS

                                         Attorneys for Plaintiff
                                         NANCY DARDARIAN

Dated: August 5, 2011                    SCOTT JACOBS
                                         BRANDON CORBRIDGE
                                         REED SMITH LLP


                                         By:   /s/ Brandon Corbridge
                                                Brandon Corbridge

                                         Attorneys for Defendant
                                         SUR LA TABLE, INC.


### ECF ATTESTATION

I, Chad A. Saunders, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Brandon Corbridge concurred in this filing.

Dated: August 5, 2011                    HOFFMAN & LAZEAR


                                         By:   /s/ Chad A. Saunders
                                                Chad A. Saunders

---

Joint Stip. and [Proposed] Order to
Continue Case Management                 3                Case No. 3:11-cv-00948-CRB
Conference

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5  DATED: August 8, 2011                    By: _____

Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*