| | |
|---|---|
| Scott Jacobs, SBN 81980<br>sjacobs@reedsmith.com<br>Brandon Corbridge, SBN 244934<br>bcorbridge@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514<br><br>Telephone: 213.457.8000<br>Facsimile: 213.457.8080<br><br>Attorneys for Defendant<br>SUR LA TABLE, INC. | H. Tim Hoffman (SBN 049141)<br>hth@hoffmanandlazear.com<br>Arthur W. Lazear (SBN 083603)<br>awl@hoffmanandlazear.com<br>Chad A. Saunders (SBN 257810)<br>cas@hoffmanandlazear.com<br>**HOFFMAN & LAZEAR**<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br>Tel:(510)763-5700<br>Fax:(510)835-1311<br><br>Attorneys for Plaintiff Nancy Dardarian |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>SUR LA TABLE, INC., a Washington corporation<br><br>                Defendant. | No.: 3:11-cv-00948-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)** |

WHEREAS, on February 16, 2011, Amanda Georgino filed a class action complaint in the Superior Court of California, County of Los Angeles, Case No. BC455406, on behalf of herself and a proposed statewide class consisting of all persons in California from whom Defendant Sur La Table, Inc. ("Sur La Table") requested and recorded personal identification information in conjunction with a credit card transaction (the "*Georgino* Action").

WHEREAS, on March 1, 2011, Plaintiff Nancy Dardarian filed the Complaint in this action on behalf of herself and a proposed statewide class of all persons in California from whom Sur La Table requested and recorded personal identification information in conjunction with a credit card transaction;

WHEREAS, on April 25, 2011, the *Georgino* Action was removed to the United States District Court for the Central District of California, Case No. CV11-03522 MMM/JEM;

WHEREAS, the parties to this action believe that the interest of justice, including the interest in judicial economy, would be best served by transferring this action to the United States District Court for the Central District of California where the first-filed *Georgino* Action is pending;

THEREFORE, the parties hereby stipulate and respectfully request that the Court transfer this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

IT IS SO STIPULATED.

DATED: August 26, 2011          REED SMITH LLP

                                By  */s/ Scott H. Jacobs*
                                    Scott H. Jacobs
                                    Brandon W. Corbridge
                                    Attorneys for Defendant
                                    SUR LA TABLE, INC.

DATED: August 26, 2011          HOFFMAN & LAZEAR

                                By  */s/ Chad A. Saunders*
                                    H. Tim Hoffman
                                    Arthur W. Lazear
                                    Chad A. Saunders
                                    Attorneys for Plaintiff
                                    NANCY DARDARIAN, on behalf of herself and
                                    all others similarly situated

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: 3:11-cv-00948-CRB                    - 1 -
STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Scott H. Jacobs, am the ECF User whose ID and Password are being used to file this: |
| 3 | **JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)** |

In compliance with General Order 45, X.B., I hereby attest that Chad A. Saunders concurred in this filing.

Dated: August 26, 2011                    REED SMITH LLP

                          By:  */s/ Scott H. Jacobs*
                               Scott H. Jacobs

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY**
2  **ORDERED** that this matter is TRANSFERRED to the United States District Court for the Central
3  District of California. 28 U.S.C. § 1404(a); *see Bennet v. Bed Bath & Beyond, Inc., et al.*, No. 11-
4  02220, 2011 U.S. Dist. LEXIS 79973 (N.D. Cal. Jul. 22, 2011).

6  **IT IS SO ORDERED.**

9  DATED:   August 29, 2011                    By: _____
                                                Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer

No.: 3:11-cv-00948-CRB                - 1 -
STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware